UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC,<br><br>　　　　Plaintiff,<br>　v.<br><br>ROC-A-FELLA RECORDS INC, DEF JAM RECORDINGS INC., UNIVERSAL MUSIC GROUP, SONY MUSIC HOLDINGS INC., SHAWN CARTER p/k/a JAY-Z and TIMOTHY MOSLEY p/k/a TIMBALAND,<br><br>　　　　Defendants. | CASE NO. 19-CV-04587-JPO<br><br>**NOTICE OF MOTION TO DISMISS** |

　　　　PLEASE TAKE NOTICE that Defendants Roc-A-Fella Records, LLC (sued incorrectly as Roc-A-Fella Records Inc.) and Def Jam Recordings, a division of UMG Recordings, Inc. (sued incorrectly as Def Jam Recordings Inc. and Universal Music Group) (collectively, "Moving Defendants"), hereby respectfully move this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing Count I for Copyright Infringement in Plaintiff's First Amended Complaint.

　　　　In support of this Motion, Moving Defendants submit the accompanying Memorandum of Law dated August 21, 2019, and the accompanying Declaration of Christine Lepera dated August 21, 2019, and the exhibits attached thereto.

DATED:  New York, New York
           August 21, 2019

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Christine Lepera
    Christine Lepera (CL 9311)
    437 Madison Ave., 25th Floor
    New York, New York 10017-1028
    Telephone: (212) 509-3900
    Facsimile: (212) 509-7239
    ctl@msk.com

*Attorneys for Defendants Roc-A-Fella Records, LLC and Def Jam Recordings, a division of UMG Recordings, Inc.*