UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC <br> Plaintiff <br> v. <br><br> ROC-A-FELLA RECORDS INC, DEF JAM <br> RECORDINGS INC., UNIVERSAL MUSIC GROUP, <br> SONY MUSIC HOLDINGS INC., <br> SHAWN CARTER p/k/a JAY-Z and <br> TIMOTHY MOSLEY p/k/a TIMBALAND <br> Defendants | ) <br> ) <br> ) STIPULATION TO <br> ) CORRECT NAME OF <br> ) SONY DEFENDANT <br> ) <br> )Action No. <br> )19-cv-04587 <br> ) <br> ) <br> ) |

Plaintiff and Defendant Sony Music Holdings Inc., hereby stipulate and agree that the correct Sony entity to this defendant is Sony Music Entertainment and stipulate the captioned be changed to remove the misnomer of "Sony Music Holdings, Inc" and replace it with defendant "Sony Music Entertainment". Sony Music Entertainment was served and shall have until September 13, 2019 to respond to the Complaint.

ERNIE HINES D/B/A COLORFUL MUSIC
By His Attorneys,

Christopher Brown
CB3465
Brown & Rosen LLC
Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
cbrown@brownrosen.com

SONY MUSIC ENTERTAINMENT

*Wade Leak*

Wade Leak, Esq.
Senior Vice President, Deputy General Counsel
Chief Compliance, Ethics and Privacy Officer
Sony Music Entertainment
25 Madison Avenue, 22nd floor
New York, New York 10010
Tel (212) 833-5088

Dated: August 20, 2019

So ordered.
September 4, 2019

_____
J. PAUL OETKEN
United States District Judge

2