# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**RE0 932–464**

EFFECTIVE DATE OF RENEWAL REGISTRATION

6   26   2019
MM   DD   YYYY

## 1  TITLE AND ORIGINAL TERM INFORMATION

**A** Title of work as first published or registered: **Help Me Put Out the Flame (In my Heart)**

If periodical, give: Volume: ____ Number: ____ Issue date: ____ ISSN: ____

**B** Alternative title: ____

**C** If first published as a contribution to a periodical or other collective work, give title of larger work: ____

If periodical, give: Volume: ____ Number: ____ Issue date: ____ ISSN: ____

**D** Has this work (or the work in which it was first published, if a contribution) ever been registered?
Yes ☐ Give registration number: ____ ◄ OR ► No ☑ (*Complete Form RE/Addendum.*)

**E** Publication date: **08/31/1993** ◄ OR ► Registration date, if registered as unpublished work: ____

**F** Year date(s) in copyright notice, if earlier than actual publication year date: 19____   ISBN: ____

**G** Original copyright claimant(s): ____

**H** If the work was originally registered in Class Ai or Bi, was a U.S. edition registered?
Yes ☐ Give registration number: ____ ◄ OR ► No ☐

**I** If the original registration record was corrected or amplified by supplementary registration on Form CA, give the registration number and effective date of the supplementary registration: Number: ____ Date: ____

## 2  WORK OR MATERIAL CLAIMED AND AUTHOR INFORMATION

**A** Copyright for the renewal term is claimed in: (*Check only one.*)

1 ☐ the entire work.
2 ☐ a contribution first published in a periodical or other collective work.
3 ☐ revisions in previously published or registered work. *Describe revisions:* ____
4 ☐ separate element(s) of authorship in a larger work. *Specify element(s):* ____
OR ►
5 ☑ The renewal claim is based on the first publication of a work previously registered as an unpublished work under registration number: **Eu 154302, effective 12/23/1969**

**B** The following author(s) contributed to the work or material claimed:

Name: **Ernie Hines**   This author created: **words and music**
Date of death, if applicable: ____

Name: **Luvall Wesby**   This author created: **words**
Date of death, if applicable: ____

Name: ____   This author created: ____
Date of death, if applicable: ____

PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (PL 93-579) The authority for requesting this information is title 17 U.S.C. §409 and §410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration, and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 U.S.C. The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code. Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request. NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

APPLICATION RECEIVED: 6/21/19
CORRESPONDENCE: ☑ YES
EXAMINED BY: 8
FUNDS RECEIVED: 6/24/19

DO NOT WRITE ABOVE THIS LINE.
IF YOU NEED MORE SPACE, USE FORM RE/CON.

# 3  RENEWAL TERM OWNERSHIP INFORMATION

**A** Name the party or parties entitled by law to claim the renewal copyright on the last day of the original 28-year term of copyright. For each statutory claimant named, give the basis of the claim, and provide a *current* address. *Read instructions.*

Name: Ernie Hines   as the: author
Address: 227 ELGIN AVE. FOREST PARK, IL 60130   ◂ OR ▸ Year of death: _____

Name: _____   as the: _____
Address: _____   ◂ OR ▸ Year of death: _____

Name: _____   as the: _____
Address: _____   ◂ OR ▸ Year of death: _____

Name: _____   as the: _____
Address: _____   ◂ OR ▸ Year of death: _____

IF THERE ARE ADDITIONAL STATUTORY CLAIMANTS, USE SPACE E ON FORM RE/CON.

**B** This application is submitted by or on behalf of the: *(Check only one.)*
☑ Statutory claimant(s) named above. *(Go on to section 4.)*
OR ▸
☐ Assignee/successor of the statutory claimant(s) named above. *(Complete space C below.)*

**C** _____ by _____
ASSIGNEE/SUCCESSOR   MEANS OF TRANSFER
Current address: _____

# 4  CERTIFICATION

I, the undersigned, hereby certify that I am the statutory claimant, the assignee/successor, or the duly-authorized agent of the statutory claimant or assignee/successor, and that the statements made by me in this application are correct.

Typed or printed name: DALE GOLDEN   Date: 6/21/19
Handwritten signature: *(signed)*

# 5  PAYMENT, CORRESPONDENCE, AND MAILING INFORMATION

Deposit account number: _____   Account name: _____
Contact information for correspondence, including name and mailing address: DALE GOLDEN
LAW OFFICE OF DALE M. GOLDEN 25 E. WASHINGTON ST. STE 1400, CHICAGO IL 60602
Phone: (312) 201-9730   Fax: (312) 236-6686   Email: goldenattorney@hotmail.com

**MAILING ADDRESS FOR CERTIFICATE:**

NAME: DALE GOLDEN, ATTORNEY
NUMBER/STREET: 25 E. WASHINGTON ST., SUITE 1400
CITY/TOWN: CHICAGO   STATE/PROVINCE: IL   ZIP/POSTAL CODE: 60602   COUNTRY: USA

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

FORM RE  REV: 04/2014.  Printed on recycled paper.   U.S. GOVERNMENT PRINTING OFFICE: 2014-XXX-XXX/XX,XXX

SR#1-7821993454

© **Form RE/Addendum**
For works *not* registered during original term · United States Copyright Office

**RE0 932 – 464**

*RE0000932464*

Complete this form only if you answered "no" to question 1d on Form RE, or if otherwise required (see accompanying instructions).

**ANSWER ONLY THE QUESTIONS THAT APPLY TO YOUR CLAIM.**
**DO NOT WRITE ABOVE THIS LINE.**

EFFECTIVE DATE OF RENEWAL REGISTRATION (MM/DD/YYYY): 6/26/19
FORM RE/ADD REC'D: 6/21/19
DEPOSIT COPY REC'D: 6/26/19 ☐ SELECTED
FEE REC'D: 6/24/19      PAGE 3 OF 3

## 1 TITLE INFORMATION
A  Title of work: Help Me Put Out the Flame (In my Heart)
   If periodical, give: Volume: ____ Number: ____ Issue date: ____
B  If copyright is claimed in a contribution to this periodical or collective work, give title of contribution: ____

## 2 AUTHOR INFORMATION
A  Name of the author of the work or material claimed: Ernie Hines
B  This author was a citizen of United States  and domiciled in United States on the date of first publication.

## 3 PUBLICATION INFORMATION
Date of first publication (MM/DD/YYYY): 08 / 31 / 1993
Nation of first publication: ☒ United States  ◄OR► ☐ Other: ____

## 4 MANUFACTURE INFORMATION
(Complete this space only if the work consists predominantly of nondramatic literary material, including periodicals and two-dimensional prints and labels, in the English language. If not, go on to space 5.)
☐ Manufactured in the United States
☐ Manufactured in: ____   Specify manufacturing process: ____

## 5 DEPOSIT INFORMATION  (Check only one.)
☐ One complete copy of the work as first published is deposited.
☒ A complete copy of the work as first published cannot be deposited.
Describe deposit copy: COPY OF SOUND RECORDING OF SONG ON CD-R, WITH COPIES OF PAGES SHOWING COPYRIGHT NOTICE AND CONTENT

## 6 VERIFICATION OF COPYRIGHT NOTICE
I hereby aver that all copies of this work as first published bore the copyright notice as it appears in the deposit material, and said copyright notice appeared on all copies of the work, including any reprint copies, publicly distributed in the United States or elsewhere until March 1, 1989, and U.S. copyright subsists in the work.
Typed or printed name: DALE GOLDEN     Date: 6/21/19
Signature: [signature]

*****SPECIAL RELIEF GRANTED UNDER SECTION 202.20(d) OF THE C.O. REGULATIONS.**

FORM RE/ADDENDUM  REV. 05/2019  Printed on recycled paper     U.S. GOVERNMENT PRINTING OFFICE: xxx-xxx/xx,xxx