

PRODUCED BY BILL BELMONT AND ROB BOWMAN

ART DIRECTION—PHIL CARROLL, JAMIE PUTNAM
PACKAGE DESIGN—JAMIE PUTNAM

PRODUCTION COORDINATION—TERRI HINTE AND PEGGY VAN STEENHUYSE

ARCHIVE AND VAULT RESEARCH—LISA GIFFORD

TAPE TRANSFER AND ASSEMBLY—ANDREW NIEDZWIECKI

DIGITAL REMASTERING—PHIL DE LANCIE
(FANTASY STUDIOS, BERKELEY)

BILL BELMONT WOULD LIKE TO THANK STEVE CROPPER, AL BELL, ROGER ARMSTRONG, TREVOR CHURCHILL,
YVES BEAUVAIS, PETER LOPEZ, JIMMY JOHNSON, DEANIE PARKER, AND THE FOLKS
AT RONDOR MUSIC INTERNATIONAL, INC. (MARY LEE RYAN, RANDALL RUMAGE, CAROLYN LORENZO, LEE LANIER, AND PAT SCOGGINS).

ROB BOWMAN WOULD LIKE TO EXTEND HIS GRATITUDE AND THANKS TO ALL THOSE WHO PARTICIPATED IN THE STAX EXPERIENCE
AND SO GRACIOUSLY SHARED THEIR TIME AND MEMORIES IN THE FORM OF INTERVIEWS FOR HIS NOTES.

ARCHIVAL MATERIAL FURNISHED BY FANTASY, INC., EXCEPT AS INDICATED IN BOOK.

PHOTO CREDITS—
PAGE 11: BOOKER T. & THE MGS (PHOTO BY JOEL BRODSKY).
PAGE 26: WILLIAM BELL (PHOTO BY WILLIAM EASTABROOK).
PAGE 27: CARLA THOMAS (PHOTO BY JEAN-PIERRE LELOIR).
PAGE 34: MAVIS STAPLES (PHOTO BY BOB SMITH).
PAGE 35: JOHNNIE TAYLOR (PHOTO BY WILLIAM EASTABROOK).
PAGE 54: ISAAC HAYES (PHOTO BY HAL JAFFE).
PAGE 55: BOOKER T. JONES (PHOTO BY WILLIAM EASTABROOK).
PAGE 56: ALL PHOTOS BY WILLIAM EASTABROOK EXCEPT OLLIE & THE NIGHTINGALES, THE DRAMATICS, AND THE EMOTIONS (PHOTOGRAPHERS UNKNOWN).
TRAY BOOKLET INSIDE PHOTO COURTESY OF THE CENTER FOR SOUTHERN FOLKLORE AND THE
MISSISSIPPI VALLEY COLLECTION OF MEMPHIS STATE UNIVERSITY.

THIS BOOK WAS PRINTED BY QUEENS GROUP, INC., LONG ISLAND CITY, NY.
COLOR SEPARATIONS BY EL SERENO GRAPHICS, LOS ANGELES.
BOX MANUFACTURED BY IMPERIAL PAPER BOX CORP., BROOKLYN, NY.

STAX RECORDS, TENTH AND PARKER, BERKELEY, CA 94710. © 1993, FANTASY, INC.

STAX, VOLT, ENTERPRISE, RESPECT, AND WE PRODUCE ARE REGISTERED TRADEMARKS OF FANTASY, INC.

℗ 1993, FANTASY, INC. ALL RIGHTS RESERVED.

NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS
ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING,
OR BY ANY INFORMATION STORAGE AND RETRIEVAL SYSTEMS, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

6.  **MARGIE JOSEPH: What You Gonna Do** 3:00
(Bobby Womack) EMI Unart Catalog/Tracebob Music-BMI
[VOA-4023]
Released October 1969
Produced by Colsoul of New Orleans

7.  **JIMMY HUGHES: I'm So Glad** 2:52 .
(Chalmers-Rhodes) Alley Music/Trio Music-BMI
[VOA-4024]
Released October 1969
Produced by Charles Chalmers

8.  **BARRELL BANKS: Beautiful Feelings** 2:44
(Bridges-Knight-Eaton) Longitude-BMI
[VOA-4026]
Released October 1969
Produced by Don Davis

9.  **THE DRAMATICS: Your Love Was Strange** 3:00
(Howard-Wilkins-Banks) Longitude-BMI
[VOA-4029]
Released October 1969
Produced by Don Davis

10. **JOHNNIE TAYLOR: Love Bones** 3:17
(Isbell-Davis) Irving/Longitude-BMI
[STA-0055]
Released November 1969
R&B 4
Pop 43
Produced by Don Davis

11. **DELANEY & BONNIE: Hard to Say Goodbye** 2:38
(Bramlett-Radle) Delbon Publ. Co.-BMI
[STA-0057]
Released November 1969
Produced by Donald "Duck" Dunn and Don Nix

12. **J.J. BARNES: Got to Get Rid of You** 3:26
(Barnes-Thorpe-Jordon) J.J. Barnes/James Thorpe/
David Jordon-BMI
[VOA-4027]
Released November 1969
Produced by J.J. Barnes

13. **REGGIE MILNER: Habit Forming Love** 2:10
(Reggie Milner) McLaughlin Music-BMI
[VOA-4028]
Released November 1969
Produced by Ollie McLaughlin

14. **THE T.S.U. TORONADOES: My Thing Is a Moving Thing** 2:45
(Mills-Thomas-Lewis) Broken Soul Publ.-BMI
[VOA-4030]
Released November 1969
A Frazier-McKay Production

15. **THE EMOTIONS: Stealing Love** 3:08
(Hayes-Porter) Almo-ASCAP
[VOA-4031A]
Released November 1969
R&B 40
Produced by Isaac Hayes and David Porter

16. **THE EMOTIONS: When Tomorrow Comes** 2:58
(Hayes-Porter)
[VOA-4031B]
Released November 1969
R&B 40
Produced by Isaac Hayes and David Porter

17. **ALBERT KING: Wrapped Up in Love Again** 2:18
(Albert King)
[STA-0058]
Released December 1969
Produced by Al Jackson, Jr.

18. **RUFUS THOMAS: Do the Funky Chicken** 3:15
(Rufus Thomas) Almo Music-ASCAP
[STA-0059]
Released December 1969
R&B 5
Pop 28
Produced by Al Bell and Tom Nixon

19. **EDDIE FLOYD: California Girl** 3:39
(Jones-Floyd)
[STA-0060]
Released January 1970
R&B 11
Pop 45
Produced by Booker T. Jones

20. **BERNIE HAYES: Tribute to a Black Woman (Part 1)** 2:19
(Hayes-Murray-Allen) Irving/Saico Publ./Boogaloo Music-BMI
[VOA-4032]
Released January 1970
Produced by Jerry-O and Bernie Hayes

21. **THE BAR-KAYS: Sang and Dance** 3:07
(Porter-Alexander-Dotson-Cauley-Henderson-Stewart-Hall)
[VOA-4033]
Released February 1970
Produced by David Porter

22. **THE SOUL CHILDREN: Hold On, I'm Comin'** 3:28
(Hayes-Porter) Irving/Pronto Music-BMI
[STA-0062]
Released February 1970
R&B 48
Produced by Isaac Hayes and David Porter

23. **CHUCK BROOKS: Love's Gonna Tear Your Playhouse Down (Part 1)** 3:21
(Banks-Crutcher-Jackson)
[VOA-4034]
Released February 1970
Produced by We Three (Homer Banks,
Bettye Crutcher, and Raymond Jackson)

24. **ERNIE HINES: Help Me Put Out the Flame (In My Heart)** 3:10
(Hines-Wesby) Irving/Colorful Music-BMI
[STA-0063]
Released March 1970
Produced by Tom Nixon and Freddy Briggs

25. **ROEBUCK "POP" STAPLES: Black Boy** 3:21
(Banks-Bush) James Banks/Henry Bush-BMI
[STA-0064]
Released March 1970
Produced by Roebuck Staples



1.  **OLLIE & THE NIGHTINGALES: Bracing Myself for the Fall** 2:53
(Banks-Crutcher-Jackson)
[STA-0065]
Released March 1970
Produced by We Three (Homer Banks,
Bettye Crutcher, and Raymond Jackson)

2.  **WILLIAM BELL, CARLA THOMAS: All I Have to Do Is Dream** 3:12
(Bouvleaux Bryant) House of Bryant Music-BMI
[STA-0067]
Released March 1970
Produced by Al Bell

3.  **JEANNE AND THE DARLINGS: Singing About Love** 2:20
(Jeanne Darling)
[VOA-4035]
Released March 1970
Produced by Al Bell and Freddy Briggs

4.  **CHRIS AND SHACK: Goodies** 2:40
(Banks-Crutcher-Jackson)
[VOA-4036]
Released March 1970
Produced by We Three (Homer Banks,
Bettye Crutcher, and Raymond Jackson)

5.  **BARBARA LEWIS: Just the Way You Are Today** 3:31
(Tony Hester) McLaughlin Publ.-BMI
[ENA-9012]
Released March 1970
Produced by Ollie McLaughlin

6.  **LITTLE SONNY: The Creeper Returns** 4:12
(Aaron Willis) Irving/Zorn Publ.-BMI
[ENA-9013]
Released March 1970
Produced by Zorn Productions

7.  **CARLA THOMAS: Guide Me Well** 3:51
(Hayes-Porter-Davis)
[STA-0056B]
Released April 1970
R&B 41
Produced by Don Davis

8.  **THE STAPLE SINGERS: Give a Damn** 3:06
(Scharf-Dorough) Aral Music/Red Bridge Publ./
Takya Music-ASCAP
[STA-0066]
Released April 1970
Produced by Steve Cropper

9.  **JOHNNIE TAYLOR: Steal Away** 3:25
(Jimmy Hughes) Screen Gems-EMI-BMI
[STA-0068]
Released April 1970
R&B 3
Pop 37
Produced by Don Davis

10. **MARGIE JOSEPH: Your Sweet Lovin'** 3:36
(Carter-Briggs)
[VOA-4037]
Released April 1970
R&B 46
Produced by Darryl Carter and Freddy Briggs

11. **JONES AND BLUMENBERG: I Forgot to Remember** 3:40
(William Butler) Famous Music-ASCAP
[VOA-4039]
Released April 1970
Produced by Calvin Carter

12. **DAVID PORTER: Can't See You When I Want To** 4:30
(Lee-Porter)
[ENA-9014]
Released April 1970
R&B 29
Produced by Isaac Hayes

13. **CARLA THOMAS: Never Be True** 4:16
(Hathaway-Hutson) Don-Pow Music-BMI
[STA-0061]
Released May 1970
Produced by Don-Ric Enterprises, Inc.

14. **ALBERT KING: Can't You See What You're Doing to Me** 3:38
(Albert King)
[STA-0069]
Released May 1970
R&B 50
Produced by Albert King

15. **RUFUS THOMAS: Sixty Minute Man (Part 2)** 3:30
(Ward-Marks) Fort Knox Music-BMI
[STA-0071A]
Released May 1970
R&B 42
Produced by Al Bell and Tom Nixon

16. **RUFUS THOMAS: The Preacher and the Bear** 3:51
(Arr. Rufus Thomas) Almo-ASCAP
[STA-0071B]
Released May 1970
Produced by Al Bell and Tom Nixon

17. **BOOKER T. & THE MGS: Something** 3:31
(George Harrison) Harrisongs Ltd.-BMI
[STA-0073]
Released May 1970
Pop 76
Produced by Booker T. & the MGs

18. **THE MAD LADS: Seeing Is Believin'** 4:18
(Briggs-Carter-Williams)
[VOA-4041]
Released May 1970
Produced by Freddy Briggs, Darryl Carter,
and Al Jackson, Jr.

19. **ROZ RYAN: You're My Only Temptation** 2:35
(Hester-Wylie) Longitude-BMI
[VOA-4040]
Released June 1970
Produced by Don Davis

20. **PAUL THOMPSON: What I Don't Know Won't Hurt Me** 2:55
(Soule-Wiggins) Cotillion Music/
Muscle Shoals Sound Publ.-BMI
[VOA-4042]
Released June 1970
Produced by Barry Beckett and Terry Woodford

21. **BRANDING IRON: Right, Tight and Out of Sight** 2:59
(Willie Dixon Arc Music/Hoochie Coochie Music-BMI
[VOA-4043]
Released June 1970
Produced by Soul Productions

22. **JOHN KASANDRA: (What's Under) The Natural Do** 3:00
(John W. Anderson) Irving Music-BMI
[TAA-2501]
Released June 1970
Produced by Tom Nixon and Darryl Carter



1.  **EDDIE FLOYD: My Girl** 3:19
(Robinson-White) Jobete Music-ASCAP
[STA-0072]
Released June 1970
R&B 43
Produced by Steve Cropper and Eddie Floyd

2.  **MAVIS STAPLES: I Have Learned to Do Without You** 4:09
(Barnes-Jordon-Davis) Longitude-BMI
[VOA-4044]
Released June 1970
R&B 13
Pop 87
Produced by Don Davis

3.  **THE T.S.U. TORONADOES: Play the Music Toronadoes** 2:33
(Thomas-Mills-Harper) Irving/Broken Soul-BMI
[VOA-4038]
Released July 1970
A Frazier-McKay Production

4.  **WILLIAM BELL: Lonely Soldier** 3:58
(Calvin Carter) Stance Music-BMI
[STA-0070]
Released July 1970
Produced by Booker T. Jones and William Bell

5.  **THE EMOTIONS: Heart Association** 3:01
(Vince Willis) Perv's Music-BMI
[VOA-4045]
Released July 1970
R&B 29
Produced by David Porter and Ronnie Williams

6.  **ISAAC HAYES: I Stand Accused** 4:02
(Butler-Butler) Warner-Tamerlane-BMI
[ENA-9017]
Released July 1970
R&B 23
Pop 42
Produced by Isaac Hayes

7.  **THE STAPLE SINGERS: Brand New Day** 3:42
(Theme from the United Artists Motion Picture *The Landlord*)
(Al Kooper) EMI Unart Catalog-BMI
[STA-0074]
Released August 1970
Produced by Five Arts Music

---

*Clockwise: William Bell and Judy Clay,
Rufus Thomas, The Staple Singers,
Eddie Floyd.*