UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC, | CASE NO. 19-CV-04587-JPO |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ROC-A-FELLA RECORDS INC, DEF JAM RECORDINGS INC., UNIVERSAL MUSIC GROUP, SONY MUSIC HOLDINGS INC., SHAWN CARTER p/k/a JAY-Z and TIMOTHY MOSLEY p/k/a TIMBALAND, | |
| Defendants. | |

PLEASE TAKE NOTICE that, the undersigned, Leo M. Lichtman, hereby gives notice of appearance on behalf of Defendants Roc-A-Fella Records, LLC (sued incorrectly as Roc-A-Fella Records Inc.) and Def Jam Recordings, a division of UMG Recordings, Inc. (sued incorrectly as Def Jam Recordings Inc. and Universal Music Group), and hereby requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below.

I hereby certify that I am admitted to practice before this Court.

DATED:  New York, New York
         September 12, 2019

MITCHELL SILBERBERG & KNUPP LLP


By:  /s/ Leo M. Lichtman
      Leo M. Lichtman (LL 6879)
      437 Madison Ave., 25th Floor
      New York, New York 10017-1028
      Telephone: (212) 509-3900
      Facsimile: (212) 509-7239
      lml@msk.com

      *Attorneys for Defendants Roc-A-Fella
      Records, LLC and Def Jam Recordings, a
      division of UMG Recordings, Inc.*

2