| | |
|---|---|
| **Undisputed Legal Inc.** | **INVOICE:** 3821307 |
| 590 Madison Ave 21st floor | Issued: Sep 27, 2019 |
| New York, NY 10022 | |

**BROWN & ROSEN, LLC.**

100 State St SUITE # 900
Brooklyn, NY 11201

**PAY TO:**
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 1:19-CV-04587-JPO | Plaintiff / Petitioner: | ERNIE HINES D/B/A COLORFUL MUSIC |
|---|---|---|---|
| Job: | 3821307 | Defendant / Respondent: | ROC-A-FELLA RECORDS INC, ET. AL. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ROUTINE | TIMOTHY MOSLEY P/K/A TIMBALAND C/O LL BUSINESS MANAGEMENT INC. | $100.00 | 1 | $100.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Sep 27, 2019 | | ($100.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

| | |
|---|---|
| Total: | $100.00 |
| Amount Paid: | ($100.00) |
| **Balance Due:** | **$0.00** |

Undisputed Legal Inc.  •  590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001  •  Email: info@undisputedlegal.com  •  Visit: undisputedlegal.com

UNITED STATES DISTRICT COURT, NEW YORK, NY, SOUTHERN DISTRICT

**Plaintiff / Petitioner:**
ERNIE HINES D/B/A COLORFUL MUSIC

**Defendant / Respondent:**
ROC-A-FELLA RECORDS INC, ET. AL.

**AFFIDAVIT OF SERVICE**
Index No:
1:19-CV-04587-JPO

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022. That on Tue, Oct 01 2019 AT 01:27 PM AT 3000 MARCUS AVENUE SUITE # 1W5, LAKE SUCCESS, NY 11042 deponent served the within SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; RULE 7.1 STATEMENT, AMENDED COMPLAINT, EXHIBITS on TIMOTHY MOSLEY P/K/A TIMBALAND C/O LL BUSINESS MANAGEMENT INC.

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.
- [X] **Suitable Person:** by delivering thereat, a true copy of each to BRUCE SECKENDORF a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Non-Service:**
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Oct 1, 2019, 1:27 pm EDT at Corporate: 3000 MARCUS AVENUE SUITE # 1W5, LAKE SUCCESS, NY 11042 received by BRUCE SECKENDORF.

**Description:**
Age: 50    Ethnicity: Caucasian    Gender: Male    Weight: 190
Height: 5'9"    Hair: Brown    Eyes:    Relationship: Business manager
Other

_____    OCT 04 2019
Curtis Warren
n/a

Sworn to before me on    OCT 04 2019

Notary Public

BRIAN B RICKS
NOTARY PUBLIC STATE OF NEW YORK
No. 01RI6383781
Qualified in New York County
My Commission Expires
November 26, 2022

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
Plaintiff / Petitioner: **ERNIE HINES D/B/A COLORFUL MUSIC**
vs.
Defendant / Respondent: **ROC-A-FELLA RECORDS INC, ET. AL.**

CASE NO: **1:19-CV-04587-JPO**

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of NY.

That on Tue, Oct 01 2019 deponent served the within: **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; RULE 7.1 STATEMENT, AMENDED COMPLAINT, EXHIBITS on TIMOTHY MOSLEY P/K/A TIMBALAND C/O LL BUSINESS MANAGEMENT INC.** by enclosing a copy of same in a postpaid wrapped properly addressed to the above recipient at **3000 MARCUS AVENUE SUITE # 1W5, LAKE SUCCESS, NY 11042** and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services within NY. State, Mailed on 10/01/2019 via:

First Class Mail Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING
[ ] CERTIFIED MAILING
[ ] RETURN RECEIPT REQUESTED
[ ] OVERNIGHT MAILING

...and by certified mail marked **"Personal and Confidential"**.

The Certified Mail Receipt Number *(if applicable)* is as follows:
(_____).

Sworn to me on the _____ OCT 04 2019

*Notary Public - State of New York*
No.
Qualified in
Commission Expires:

BRIAN B RICKS
NOTARY PUBLIC STATE OF NEW YORK
No. 01RI6383781
Qualified in New York County
My Commission Expires
November 26, 2022

Nasim Dehghani    OCT 04 2019

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022