# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:19-CV-04587-JPO

Date Filed: 7/25/2019

Plaintiff:
**ERNIE HINES D/B/A COLORFUL MUSIC**

vs.

Defendant:
**ROC-A-FELLA RECORDS INC, ET AL**

JGS2019001433

For:
Christopher Brown, Esq.
Brown & Rosen LLC
100 State Street
Suite 900
Boston, MA 02109

Received by COURTESY FLORIDA PROCESS SERVERS on the 18th day of September, 2019 at 5:00 pm to be served on **Timothy Mosley, 1770 N Bayshore Drive, Unit 2612/2615, Miami, FL 33132**.

I, Louis Pardo, do hereby affirm that on the **23rd day of September, 2019 at 6:45 pm**, I:

**AFFIXED** a true copy of the **Summons, Cover Sheet, Rule 7.1 Statement, Amended Complaint, AO 121 Form** to the door at the address of: **1770 N Bayshore Drive, Unit 2612/2615, Miami, FL 33132**, the same being the defendant/respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons, Cover Sheet, Rule 7.1 Statement, Amended Complaint, AO 121 Form** in a postpaid envelope to the address of: **1770 N Bayshore Drive, Unit 2612/2615, Miami, FL 33132** bearing the words "Personal & Confidential" by First Class Mail on **9/23/2019** and placed in an official depository of the U.S.P.S. in the State of Florida.

**Additional Information pertaining to this Service:**
9/19/2019 9:35 am Attempted Service. No one answer the door.
9/21/2019 10:54 am Attempted Service. No one answer the door.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_Louis Pardo_
Louis Pardo
CPS #2511

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-3160**

Our Job Serial Number: JGS-2019001433

Copyright © 1992-2019 Database Services, Inc. Process Server's Toolbox V8.1c