UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ERNIE HINES D/B/A COLORFUL MUSIC )
                Plaintiff )  Action No.
v. )  19-CV-04587
  )
ROC-A-FELLA RECORDS INC, DEF JAM )  CLERK'S CERTIFICATE
RECORDINGS INC., UNIVERSAL MUSIC GROUP, )  OF DEFAULT
SONY MUSIC ENTERTAINMENT., )
SHAWN CARTER p/k/a JAY-Z and )
TIMOTHY MOSLEY p/k/a TIMBALAND )
                Defendants )

_____)


      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern**

**District of New York, do hereby certify that this action was commenced on with the filing of**

**a summons and complaint on 5-18-19, and an Amended Complaint on 7-12-19. A copy of**

**the Summons and Amended Complaint was served on defendant Timothy Mosley on 10-1-**

**19 by in hand service of Bruce Seckendorf and certified mail sent to Timothy Mosley.  Proof**

**of service was therefore filed on 10-4-19, Docket # 60.**


      **I further certify that the docket entries indicate that the defendant Timothy Mosley**

**has not filed a Notice of Appearance or appeared in this action.   Defendant Timothy**

**Mosley has not filed an answer or otherwise moved with respect to the Amended Complaint**

**herein in this matter. The default of the defendant Timothy Mosley is/are hereby noted.**


**Dated: New York, New York**
**October 24, 2019**


                  **RUBY J. KRAJICK**
                  **Clerk of Court**
                  **By:**

                  _____
                  **Deputy Clerk**