UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC ) <br> Plaintiff ) <br> v. ) <br> ) <br> ROC-A-FELLA RECORDS INC, DEF JAM ) <br> RECORDINGS INC., UNIVERSAL MUSIC GROUP, ) <br> SONY MUSIC ENTERTAINMENT., ) <br> SHAWN CARTER p/k/a JAY-Z and ) <br> TIMOTHY MOSLEY p/k/a TIMBALAND ) <br> Defendants ) <br> ) | Action No. <br> 19-CV-04587 |

AFFIDAVIT OF CHRISTOPHER BROWN IN SUPPORT OF ENTRY OF DEFAULT
AGAINST TIMOTHY MOSLEY

1. I am an attorney for the Plaintiff in this action.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant Timothy Mosley p/k/a Timbaland, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

   A. The defendant was served pursuant process by serving Bruce Seckendorf a person of suitable age on October 1, 2019 (Docket Entry No. 60);
   B. Upon Plaintiff's information and belief, Timothy Mosley p/k/a Timbaland is neither an infants nor incompetent person and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520; and,
   C. The defendant Timothy Mosley p/k/a Timbaland, have neither answered nor otherwise responded formally to the Plaintiff's Summons and Amended Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired.

Copies of this Affidavit and request seeking entry of default, which are being filed herewith, have this date been served upon Timothy Mosley p/k/a Timbaland by regular mail, postage prepaid.

Signed under the pains and penalty of perjury.

                                                _____
                                                Christopher L. Brown
                                                CB 3465
                                                Brown & Rosen LLC
                                                Attorneys At Law
                                                100 State Street, Suite 900
                                                Boston, MA 02109
                                                617-728-9111 (T)
October 25, 2019                              cbrown@brownrosen.com