

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Christine Lepera
A Professional Corporation
(917) 546-7703 Phone
(917) 546-7673 Fax
ctl@msk.com

May 8, 2020

**VIA ECF**

Hon. J. Paul Oetken, U.S.D.J.
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

 **Re:** **Ernie Hines d/b/a Colorful Music v. Roc-A-Fella Records, Inc. et al.,**
    **Case No. 19-cv-04587 (JPO)**

Dear Judge Oetken:

We write on behalf of Defendants Shawn Carter and Timothy Mosley (together, "Defendants"). This week, Plaintiff filed a new lawsuit alleging copyright infringement claims against Defendants and other parties, which are identical to the claims in the above-captioned action. The new action is entitled *Hines v. EMI April Music Inc. et al.,* No. 1:20-cv-03535-GBD (hereafter, the "Related Case").

Plaintiff failed to designate the Related Case as related to the above-captioned action pursuant to Local Civil Rule 1.6. Accordingly, Defendants filed a letter today with Judge Daniels, who was assigned to the Related Case. In the letter, Defendants: (a) inform Judge Daniels of the relation of the Related Case to the above-captioned action; and (b) seek reassignment of the Related Case to Your Honor's courtroom. A copy of that letter is enclosed herewith.

Respectfully,

/s/ Christine Lepera


Christine Lepera
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

CTL/sml