# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

May 8, 2020

OetkenNYSDChambers@nysd.uscourts.gov
Hon. J. Paul Oetken
Thurgood Marshall
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Hines v. Roc-a-Fella Records Inc. et al
**DOCKET NO.** 1:19-cv-04587-JPO

Dear Hon Judge Oetken:

This office is Ernie Hines d/b/a Colorful Music ("Hines"). On April 30, 2020, Plaintiff sought reconsideration and clarification of this Court's decision dated April 16, 2020 (Docket Entry 94) dismissing the case, and granting Hines' motion to amend the complaint against Roc-a-Fella Records LLC, UMG Recordings, Inc., Sony Music Entertainment (collectively "the Record Labels") Shawn Carter ("Carter") & Timothy Mosley ("Mosley").

At this time, Plaintiff seeks to withdraw the Motion For Reconsideration. Plaintiff will no longer purse the prosecution of this action.

Pursuant to this Court's Order, Docket Entry 100, dated May 4, 2020, Plaintiff was informed of the ability to file new litigation against Shawn Carter and Timothy Mosley. Plaintiff and has done so in Hines v. EMI Music April, Inc., 20-cv-3535-GBD ("New Action"). The new action was filed this week.

Plaintiff did not report the two Hines litigations as "related" and Hon. Judge Daniels has been assigned to the new action. While Plaintiff's Counsel believes the two case are related, Counsel also believed Webber, et al. v. Dash, et al, 19-cv-610 and Brooks v. Dash, et al 19-cv-1944 were related matters. The two Dash cases both involved copyright infringement and the same modus operandi relating to the infringement. The Court found the cases to be unrelated. See Exhibit A. Based on Chief Justice McMahon decides at Exhibit A, Plaintiff did not believe the actions would be deemed related.

Sincerely,
Brown & Rosen LLC
By: _____

    Christopher L. Brown

# EXHIBIT A

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Thursday, March 7, 2019 9:50 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-01944-UA Edwyna W. Brooks v. Dash et al Case Declined as Not Related

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 3/7/2019 at 9:50 AM EST and filed on 3/7/2019

**Case Name:**  Edwyna W. Brooks v. Dash et al

**Case Number:**  1:19-cv-01944-UA

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**CASE DECLINED AS NOT RELATED. Case referred as related to 19-cv-610 and declined by Judge Colleen McMahon and returned to wheel for assignment. (ma)**

**1:19-cv-01944-UA Notice has been electronically mailed to:**

Christopher Lloyd Brown    cbrown@brownrosen.com

**1:19-cv-01944-UA Notice has been delivered by other means to:**