UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
ERNIE HINES D/B/A COLORFUL MUSIC )
          Plaintiff ) Action No.
v. ) 19-CV-04587 (JPO)
ROC-A-FELLA RECORDS LLC )
DEF JAM RECORDINGS A DIVISION OF )
UMG RECORDINGS INC, ) CONSENTED TO
SONY MUSIC ENTERTAINMENT, ) MOTION TO
SHAWN CARTER p/k/a JAY-Z and ) WITHDRAW AS
TIMOTHY MOSLEY p/k/a TIMBALAND ) COUNSEL
          Defendants )
_____)

     The law firm of Brown & Rosen LLC hereby withdraws as counsel to Plaintiff Ernie Hines d/b/a Colorful Music ("Hines") in this matter. There has been a breakdown in the relationship between counsel and Hines' advisory team. Hines hereby consents to the withdrawal of counsel.

CONSENTED BY CLIENT

*Earnest L Hines*
Ernie Hines
227 Elgin Ave. Apt 2A
Forest Park, IL 60130

                                              ERNIE HINES D/B/A COLORFUL MUSIC
                                              By His Attorneys,

                                              Christopher Brown
                                              CB3465
                                              Brown & Rosen LLC
                                              Attorneys At Law
                                              100 State Street, Suite 900
                                              Boston, MA 02109
                                              617-728-9111 (T)
Dated:  June 26, 2020                          cbrown@brownrosen.com