UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC,<br><br>        Plaintiff,<br>  v.<br><br>ROC-A-FELLA RECORDS INC, DEF JAM RECORDINGS INC., UNIVERSAL MUSIC GROUP, SONY MUSIC HOLDINGS INC., SHAWN CARTER p/k/a JAY-Z and TIMOTHY MOSLEY p/k/a TIMBALAND,<br><br>        Defendants. | CASE NO. 19-CV-04587-JPO |

**DEFENDANTS ROC-A-FELLA RECORDS, LLC AND
UMG RECORDINGS, INC.'S NOTICE OF MOTION FOR
<u>RECONSIDERATION AND TO AMEND THE JUDGMENT</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and upon all prior pleadings and filings in this Action, Defendants Roc-A-Fella Records, LLC and Def Jam Recordings, a division of UMG Recordings, Inc. (collectively, "Defendants") will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 706, New York, NY, before the Honorable J. Paul Oetken, United States District Judge, for Reconsideration and to Alter and Amend the Court's July 1, 2020 Order (ECF No. 114), pursuant to Fed. R. Civ. P. 59(e), Fed. R. Civ. P. 60(b), and Local Civil Rule 6.3, in order to dismiss the Defendants from this action with prejudice.

12290800.1

| | |
|---|---|
| DATED:  New York, New York<br>　　　　　July 6, 2020 | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: /s/ Christine Lepera<br>　　　Christine Lepera<br>　　　Jeffrey M. Movit<br>　　　Leo Lichtman<br>　　　437 Madison Ave., 25th Floor<br>　　　New York, New York 10022<br>　　　Telephone: (212) 509-3900<br>　　　Facsimile: (212) 509-7239<br>　　　Email: ctl@msk.com<br>　　　Email: jmm@msk.com<br>　　　Email: lml@msk.com<br><br>　　　*Attorneys for Defendants Roc-A-Fella Records, LLC and Def Jam Recordings, a division of UMG Recordings, Inc.* |