UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
ERNIE HINES D/B/A COLORFUL MUSIC,          :
                                           :
              Plaintiff,                   :   19-cv-04587 (JPO)
                                           :
       v.                                  :
                                           :   NOTICE OF JOINDER
ROC-A-FELLA RECORDS INC., DEF JAM          :   IN MOTION FOR
RECORDINGS INC., UNIVERSAL MUSIC           :   RECONSIDERATION
GROUP, SONY MUSIC HOLDINGS INC.,           :
SHAWN CARTER p/k/a JAY-Z and TIMOTHY       :
MOSLEY p/k/a TIMBALAND,                    :
                                           :
              Defendants.                  :
                                           :
------------------------------------X
```

PLEASE TAKE NOTICE that upon the Motion for Reconsideration and to Amend the Judgment ("Motion") filed by Defendants Roc-A-Fella Records, LLC and UMG Recordings, Inc., dated July 6, 2020, the accompanying supporting memorandum of law, and upon all prior pleadings and filings in the above-captioned action, Defendant Sony Music Entertainment ("SME") (incorrectly sued as Sony Music Holdings Inc., and substituted as a defendant by stipulation, dated September 4, 2019 [Dkt. No. 39]), joins in the Motion and, to avoid further burdening the Court with duplicative papers, by this Notice, adopts and incorporates by reference all of the arguments and papers in support of the Motion and seeks the same relief sought therein, and thus respectfully moves this Court, before the Honorable J. Paul Oetken, at the United States District Courthouse, Courtroom 706, 40 Foley Square, New York, New York 10007, for reconsideration and amendment of the July 1, 2020 Order [Dkt. No. 114], pursuant to Fed. R. Civ. P. 59(e), Fed. R. Civ. P. 60(b), and Local Civil Rule 6.3, to provide for and order the dismissal of

SME from this action with prejudice, and for such other and further relief as this Court deems just and proper.

Dated:  July 7, 2020
         New York, New York

                                    JONATHAN D. DAVIS, P.C.

                     By:   /s/ Jonathan D. Davis
                                   Jonathan D. Davis
                                   Derek A. Williams
                                   Milton E. Otto
                                   10 Rockefeller Plaza
                                   Suite 1015
                                   New York, New York 10020
                                   (212) 687-5464

                                   *Attorneys for Defendant Sony Music Entertainment*