# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

July 2, 2020

OetkenNYSDChambers@nysd.uscourts.gov
Hon. J. Paul Oetken
Thurgood Marshall
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   Hines v. Roc-a-Fella Records Inc. et al
      **DOCKET NO.** 1:19-cv-4587-JPO

Dear Hon. Judge Oetken:

This office is Counsel Ernie Hines d/b/a Colorful Music ("Hines"). Counsel has filed a Motion to Withdraw in this action which is still pending. In a related case, Hines v. Sean Carter, et al, 20-cv-3535-JPO, this Court has granted counsel's motion to withdraw (Docket Entry 44) and provided Hines with 60 days to locate new counsel. See Exhibit A. I have spoken with Mr. Hines and informed him of the court's decision in Hines v. Sean Carter, et al, 20-cv-3535-JPO and he is aware that the defendants have pending motion in this case (Docket Entry 108 and 111) filed the same day as counsel's motion to withdraw (Docket Entry 110). Hines is requesting 60 days in this action as well to locate counsel to address the pending motions. Counsel has requested the extension from defense counsel, however, no response had been received as of the time of filing.

Sincerely,
Brown & Rosen LLC
By: _____
    Christopher L. Brown

---

Granted. The Clerk of Court is instructed to terminate attorney Christopher Brown as counsel from this case. This case is hereby stayed for 60 days. Within 60 days, Plaintiff shall have new counsel file an appearance or indicate by letter whether he wishes to proceed *pro se* (representing himself).
**Mr. Brown is directed to serve Mr. Hines with a copy of this order.**
  So ordered: 7/15/20

_____
J. PAUL OETKEN
United States District Judge

# EXHIBIT A