August 30, 2020

Ernie Hines
227 Elgin Ave.
Forest Park. IL 60130

OetkenNYSDChambers@nysd.uscourts.gov

Hon. J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Hines v. Roc-a-Fella Records Inc. et al
   **DOCKET NO.** 1:19-cv-4587-JPO

   Hines v. EMI April Music, Inc., et al
   **DOCKET NO.** 20-cv-3535-JPO

Dear Hon. Judge Oetken:

My name is Ernie Hines (d/b/a as Colorful Music). I am the Plaintiff in the two cases listed above. My original attorney Christopher Brown has withdrawn from these cases and I was granted 60 days to locate new counsel in Hines v. EMI April Music, Inc. et al 20-cv-3535-JPO on July 1, 2020 and 60 days to locate counsel in Hines v. Roc-a-Fella Records Inc. et al 1:19-cv-4587-JPO on July 15, 2020. With the help of my personal attorney, I have discussed possible representation with several law firms that practice in New York but have not been successful in obtaining new counsel to date. As I prefer not to represent myself, I am requesting that the court grant 30 additional days to locate new counsel in the matters listed above.

Thank you for your consideration.

Sincerely,

*Ernest L. Hines*
Ernie Hines

cc: Pro Se Office

---

Granted. Plaintiff shall have new counsel file an appearance on or before October 2, 2020. This case will remain stayed until October 2, 2020.
So ordered.   August 31, 2020
*COPY MAILED TO PRO SE PARTY BY CHAMBERS.*

_____
J. PAUL OETKEN
United States District Judge